UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jorge Vasquez

Case No.: __18-23847/ABA__

Chapter: __7__

Judge: __ABA__

**NOTICE OF PROPOSED ABANDONMENT**

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __March 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
116 Kennedy Lane
Berlin, NJ
FMV - $160,000.00 |
|---|---|

| Liens on property: | Bayview Loan - $307,392.32
Carriage Shop - $18,000.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee

Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 18-23847-ABA
Jorge M Vasquez                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jan 30, 2019
                               Form ID: pdf905              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db             +Jorge M Vasquez,    116 Kenedy Lane,    Berlin, NJ 08009-1183
517637831      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
517702732      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517908764      +Bayview Loan Servicing, LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517637833       Best Buy,    PO Box 6497,   Sioux Falls, SD  57117-6497
517637835       Carriage Stop Townhomes,    Complex Management,    PO Box 3528,    Cherry Hill, NJ  08034-0342
517637836       Emergency Care Services of New Jersey,    PO Box 1123,    Minneapolis, MN  55440-1123
517637838       Phelan Hallinan Diamond and Jones,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
517637839      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy Section,
                 PO Box 245,    Trenton, NJ  08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2019 23:33:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2019 23:33:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2019 23:34:02
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    5th Fl.,    Coral Gables, FL 33146-1837
517637832       E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2019 23:34:02
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,    Coral Gables, FL  33146-1837
517759776      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 30 2019 23:34:02
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevaerd,    5th Floor,
                 Coral Gables, FL 33146-1837
517637834       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 30 2019 23:42:02      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
517637837       E-mail/Text: cio.bncmail@irs.gov Jan 30 2019 23:32:53      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
517758719       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2019 23:42:07
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517752367       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2019 23:42:06
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517752370       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2019 23:43:04
                 Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jan 30, 2019
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo     on behalf of Loss Mitigation    Bayview Loan Servicing nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Moshe  Rothenberg     on behalf of Debtor Jorge M Vasquez moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10